# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jaime Reyes Jacobo,<br><br>　　　　Defendant. | No. CR23-01075-001-TUC-JCH-BGM<br><br>**ORDER** |

**IT IS ORDERED** that the arrest warrant issued for the defendant on July 20, 2023 is quashed.

The defendant was present before this Court for an initial appearance and arraignment, defendant is ordered detained in federal custody pending trial.

Dated this 16th day of August, 2023.

_Eric J. Markovich_
Eric J. Markovich
United States Magistrate Judge

CC: USM