JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JAMES D. RAEL
Arizona State Bar #034405
Asst. Federal Public Defender
Attorney for Defendant
james_rael@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | 4:23-cr-01075-JCH-BGM |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL and MOTION TO EXTEND PRETRIAL MOTION DEADLINE** |
| vs. | |
| Jaime Reyes Jacobo, | **(First Request)** |
| Defendant | |

Jaime Reyes Jacobo ("Jacobo") respectfully moves the Court for a 90-day continuance of the September 26 jury trial and 90-day extension of the motion deadline. Jacobo was arraigned on August 16. Doc. 6. The investigation underlying this case was extensive, and the discovery in this case is voluminous. Jacobo is facing serious charges, and he has substantial trial exposure. Defense counsel needs additional time to review discovery with Jacobo, investigate, prepare for trial, and render effective assistance of counsel.

The government, by Assistant United States Attorney Matthew Cassell, has no objection.

…

…

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: September 6, 2023.

JON M. SANDS
Federal Public Defender

 s/James Rael
JAMES D. RAEL
Asst. Federal Public Defender