JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JAMES D. RAEL
Arizona State Bar #034405
Asst. Federal Public Defender
Attorney for Defendant
james_rael@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Jaime Reyes Jacobo,<br><br>    Defendant | 4:23-cr-01075-JCH-BGM<br><br>**MOTION TO CONTINUE TRIAL and MOTION TO EXTEND PRETRIAL MOTION DEADLINE**<br><br>**(Second Request)** |

    Jaime Reyes Jacobo ("Jacobo") respectfully moves the Court for a 90-day continuance of the December 27 jury trial and 90-day extension of the motion deadline. Jacobo was arraigned on August 16. Doc. 6. The Court granted Jacobo's first motion to continue September 11. Defense counsel needs additional time to review discovery with Jacobo, complete an independent investigation of the case, prepare for trial, and render effective assistance of counsel.

    The government, by Assistant United States Attorney Matthew Cassell, has no objection.

…

…

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: December 5, 2023.

JON M. SANDS
Federal Public Defender

 *s/James Rael*
JAMES D. RAEL
Asst. Federal Public Defender